# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED APRIL 27, 2017

### NO. 03-16-00807-CV

**Senrick Wilkerson, Appellant**

**v.**

**Texas Department of Public Safety, Appellee**

### APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
### DISMISSED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court. Having reviewed the record, the Court holds that appellant has been deemed a vexatious litigant, that he is prohibited from filing new pro se litigation without permission from the local administrative judge, and that he did not comply with an order from this Court. Therefore, the Court dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.